IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03286-AP

PARKER EXCAVATING, INC., a Colorado Corporation,

    Appellant/Debtor,

v.

WESTERN SURETY COMPANY,

    Appellee

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the Parties' Stipulation to Dismiss (doc. #8), filed December 23, 2013. The Stipulation is APPROVED. It is

ORDERED that this action is DISMISSED in all respects WITH PREJUDICE.

Done and signed this 8th day of January, 2014.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court